Lourdes IGLESIAS, Plaintiff—
Appellant,

v.

WAL–MART STORES, INCORPO-
RATED, Defendant—Appellee.

No. 12–1186.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 31, 2012.

Decided: June 5, 2012.

Lourdes Iglesias, Appellant Pro Se.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lourdes Iglesias seeks to appeal the district court's order dismissing, without prejudice, her civil action against Wal–Mart Stores, Inc., and denying her motion for reconsideration. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528

(1949). The orders Iglesias seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*